*Albert R. Connelly, Thurlow M. Gordon, Edward H. Green* and *W. Denning Stewart* for petitioners. *Solicitor General Perlman* filed a memorandum stating that the Government did not oppose allowance of the petition.

*Certiorari Denied.* (*See also No. 298, Misc., supra.*)

No. 170. ESTATE OF GIBB ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Whitney North Seymour, Leslie M. Rapp* and *Richard D. Duncan* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *L. W. Post* for respondent.

No. 438. FULTON IRON CO. *v.* LARSON, WAR ASSETS ADMINISTRATOR AND SURPLUS PROPERTY ADMINISTRATOR. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James R. Kirkland, Walter H. Maloney, Edward J. Hayes* and *Irvin Goldstein* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Edward H. Hickey* for respondent.

No. 445. DAVID ET AL. *v.* SUTTON, EXECUTOR, ET AL. C. A. 6th Cir. Certiorari denied. *I. H. Spears* for petitioners. *George A. Sutton* for respondents.

No. 454. WORCESTER WOOLEN MILLS CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied. *Cosimo J. Toscano* for petitioner. *Solicitor General Perlman, David P. Findling* and *Ruth Weyand* for respondent.